IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANFORD WILLIAMS, ) | |
|         Petitioner, ) | 2:19-CV-141 |
| v. ) | |
| ERIC ARMEL, Superintendent of ) SCI-Fayette, DISTRICT ) ATTORNEY OF ALLEGHENY ) COUNTY, and THE ATTORNEY ) GENERAL OF THE ) COMMONWEALTH OF ) PENNSYLVANIA ) | |
|         Respondents. ) | |

## ORDER

**AND NOW**, this 6th day of February, 2026, upon consideration of Petitioner Stanford Williams's Petition for Writ of Habeas Corpus (ECF 3), the Commonwealth's response (ECF 9), the Magistrate Judge's two Reports and Recommendations (ECF 64, 85), Mr. Williams's objections to the R&Rs (ECF 67, 78, 82, 91), the parties' follow-on briefing regarding those objections (ECF 84, 95, 97), oral argument (ECF 102), and the record before the Court, it is hereby **ORDERED** that Mr. Williams's petition is **GRANTED** in part and **DENIED** in part, the R&Rs are **ACCEPTED** in part and **REJECTED** in part, and Mr. Williams's objections are **SUSTAINED** in part and **OVERRULED** in part. A writ of habeas corpus **SHALL ISSUE**.

As to Claims 1, 2, 4, 5, and 6 as well as portions of Claim 3 raised only in Mr. Williams's amended objections, ECF 78 at 5 (ineffective assistance of counsel "[1] when trial counsel requested a mistrial without consulting or advising Petitioner" and "[3] when appellate and/or post-conviction counsel failed to raise the issue of successive prosecutions either on direct appeal or on collateral review"), Mr. Williams's petition is denied, his objections are overruled, and the recommendations and analysis of the R&Rs regarding these claims are adopted as the opinion of the

Court, including the Magistrate Judge's recommendation to deny a certificate of appealability as to each claim. *See* ECF 103 at 4-5 n.1.

As to Mr. Williams's original Claim 3 alleging violation of his Double Jeopardy rights and related ineffective assistance by his third trial counsel, *see* ECF 3 at 4, 8, for the reasons stated in the Court's foregoing opinion (ECF 103), Mr. Williams's petition is granted, the R&Rs are rejected, and Mr. Williams's objections are sustained.

For these reasons, a writ of habeas corpus is **HEREBY ISSUED**. The Superintendent of SCI-Fayette is **HEREBY ORDERED** to release Mr. Williams from custody on or before March 9, 2026.

DATED: February 6, 2026               BY THE COURT:

                                      /s/ *J. Nicholas Ranjan*
                                      United States District Judge